IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANK BETZ ASSOCIATES, INC. )
) No. 3-08-0159
v. )
)
J.O. CLARK CONSTRUCTION, L.L.C; )
MARK CLARK; and HOWELL )
BUILDING GROUP, LLC )

O R D E R

The parties' joint motion for extension of time for defendants to answer the amended complaint (Docket Entry No. 35) is GRANTED.

The defendants shall have until April 28, 2008, to file a response to the plaintiff's amended complaint (Docket Entry No. 26).

The motion of defendants J.O. Clark Construction, LLC and Mark Clark to extend time to respond to discovery (Docket Entry No. 37) is GRANTED.

The time for the defendants to respond to the written discovery served by the plaintiff on March 6, 2008, is extended to May 7, 2008.

However, to the extent that the parties anticipate any discovery disputes arising from the defendants' responses to the written discovery, the parties are encouraged, to the extent possible, to be prepared to address such anticipated discovery disputes at the initial case management conference scheduled on April 30, 2008.

As a housekeeping matter, it appears that Karl M. Braun and Lawrence C. Maxwell are representing defendant Howell Building Group, LLC. See Docket Entry No. 35, at 2; Docket Entry No. 36-2.

Therefore, the Clerk is directed to enter Karl M. Braun and Lawrence C. Maxwell as counsel for defendant Howell Building Group, LLC at the same addresses already listed on the docket.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge