IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANK BETZ ASSOCIATES, INC.  )
                                                 )    No. 3-08-0159
v.  )
   )
J.O. CLARK CONSTRUCTION, L.L.C;  )
MARK CLARK; and HOWELL  )
BUILDING GROUP, LLC  )

O R D E R

The order entered April 9, 2008 (Docket Entry No. 38) is AMENDED to modify the last two sentences to delete the reference to Lawrence C. Maxwell in both sentences and the reference to Docket Entry No. 35, in the next to the last sentence.

The Clerk is directed to terminate Mr. Maxwell as counsel for Howell Building Group, LLC.

The Court appreciates the call from Mr. Maxwell's office on April 9, 2008, to advise that he does not represent Howell Building Group, LLC.

It is so ORDERED.

*signature*
JULIET GRIFFIN
United States Magistrate Judge