GRANTED.

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK BETZ ASSOCIATES, INC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.O. CLARK CONSTRUCTION, )<br>LLC, et. al. )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>CLARK & HOWELL BUILDING )<br>GROUP, LLC, )<br>)<br>Defendant/Third-Party )<br>Plaintiff )<br>)<br>v. )<br>)<br>KEN HOWELL )<br>)<br>Third-Party Defendant. ) | CIVIL ACTION NO:<br>3:08-CV-00159<br><br>Senior District Judge Wiseman<br>Magistrate Judge Griffin |

## ASSOCIATION INSURANCE COMPANY'S MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM

COMES NOW Association Insurance Company and pursuant to Local Rule 7.01 respectfully moves for leave of court to file its reply memorandum to Plaintiff Frank Betz Associates, Inc.'s Memorandum in Opposition to Association Insurance Company's Motion for Leave of Court to Intervene. In support thereof, Association Insurance Company respectfully files the accompanying Reply Memorandum to Plaintiff Frank Betz Associates, Inc.'s

MOORE INGRAM
JOHNSON & STEELE
Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631